# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DUARTE,<br><br>Defendant. | Case No.: 20-CR-0306-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF CASE** |

Upon Application of the United States Attorney, without opposition by the Defendant, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice as to Defendant RICHARD DUARTE.

IT IS SO ORDERED.

DATED: October 1, 2020

_____
HON. CATHY ANN BENCIVENGO
U.S. DISTRICT JUDGE